IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Crenshaw, Cassandra

Printed: 1/22/08

Case Number:  04 B 38085
Judge:  Hollis, Pamela S
Filed:  10/13/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: January 10, 2008
Confirmed: December 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,366.00 |  |
| Secured: |  | 9,415.31 |
| Unsecured: |  | 1,078.96 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 665.73 |
| Other Funds: |  | 406.00 |
| Totals: | 13,366.00 | 13,366.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,800.00 | 1,800.00 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 9,415.31 | 9,415.31 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 55.00 | 133.13 |
| 5. | DaimlerChrysler Servs North America | Unsecured | 280.61 | 679.21 |
| 6. | Educational Credit Management Corp | Unsecured | 25.81 | 62.46 |
| 7. | Nationwide Acceptance Corp | Unsecured | 84.34 | 204.16 |
| 8. | Certified Credit Corporation | Unsecured |  | No Claim Filed |
| 9. | MCI | Unsecured |  | No Claim Filed |
| 10. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 11. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 12. | TCF Bank | Unsecured |  | No Claim Filed |
| 13. | Retailers National Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 11,661.07 | $ 12,294.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 98.92 |
| 4% | 39.84 |
| 3% | 26.65 |
| 5.5% | 182.60 |
| 5% | 49.80 |
| 4.8% | 119.52 |
| 5.4% | 148.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Crenshaw, Cassandra | Case Number:  04 B 38085 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/22/08 | Filed:  10/13/04 |

_____
$ 665.73

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

